1   KAUFMAN DOLOWICH & VOLUCK, LLP
    LOUIS H. CASTORIA (SBN 95768)
2   MARCUS DONG (SBN 251723)
    425 California Street, Suite 2100
3   San Francisco, California  94104
    Telephone:   (415) 926-7600
4   Facsimile:    (415) 926-7601

5   Attorneys for Defendant
    SCOTTSDALE INSURANCE COMPANY
6

7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12   SUNRISE SPECIALTY COMPANY, INC.,   )  Case No.:
     and ROBERT WEINSTEIN               )
13                                      )  Action Filed: January 25, 2016
            Plaintiffs,                 )
14                                      )  **DEFENDANT SCOTTSDALE INSURANCE**
        v.                              )  **COMPANY'S NOTICE OF REMOVAL**
15                                      )
                                        )  **DIVERSITY JURISDICTION**
16   SCOTTSDALE INSURANCE COMPANY       )  **28 U.S.C. §§ 1332(a)(1), 1441(b), 1446**
                                        )
17          Defendant.                  )
                                        )
18                                      )

19

20          Pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(b) and 1446, Defendant Scottsdale Insurance

21   Company (hereafter referred to as "Defendant"), hereby removes the action *Sunrise Specialty*

22   *Company, Inc., et al. v. Scottsdale Insurance Company* (the "Action") from the Superior Court of

23   California, County of Alameda, Case No. RG16801461, to this Court.

24          In support of removal, Defendant states the following grounds:

25          1.      On January 25, 2016, Plaintiffs Sunrise Specialty Company, Inc. and Robert Weinstein

26   (collectively "Plaintiffs" unless otherwise noted) filed a civil complaint against Defendant.  Copies of

27   the Complaint; the accompanying Civil Case Cover Sheet and Summons; Notice of Case

28   Management Conference; Notice of Judicial Assignment; and Defendant's Answer are attached to

1    this Notice of Removal as Exhibit A.

2        2.    Plaintiffs effectuated service on Defendant on February 23, 2016.

3        3.    Defendant is represented in this action by the counsel signing this Notice of Removal,

4    and Defendant consents to removal of this action to the United States District Court.

5        4.    This Notice of Removal has been served on Plaintiff and will be filed in the Alameda

6    County Superior Court promptly following the filing of this Notice of Removal.

7                                    **JURISDICTION**

8        5.    The Action is a matter which the United States District Court has original jurisdiction

9    pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court by Defendant

10   pursuant to 28 U.S.C. § 1441(b), because it is a civil action between citizens of different states and

11   the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

12       6.    Complete diversity of citizenship exists.  As Plaintiffs allege in their Complaint,

13   Plaintiff Sunrise Specialty Company, Inc. is a California corporation and is a resident of the State of

14   California.  As alleged in the Complaint, Plaintiff Robert Weinstein is an individual residing in the

15   State of California and is therefore a citizen of the State of California.  Defendant Scottsdale

16   Insurance Company is a corporation existing under the laws of the State of Ohio, with its principal

17   place of business in Scottsdale, Arizona, and is therefore a citizen of the State of Arizona.

18       7.    Plaintiffs were named as Defendants in the lawsuit *Lenz, et al. v. Weinstein, et al.*,

19   Alameda County Superior Court Case No. RG14744033 ("Underlying Action").  Plaintiffs tendered

20   the Underlying Action to Defendant for defense and indemnity under Business and Management

21   Indemnity Policy No. EKS3128631 (the "Policy") issued by Defendant.  Defendant denied coverage

22   for the Underlying Action under the Policy.

23       8.    In the Underlying Action, there is a pending settlement in excess of $1 million.

24   Attached to this Notice of Removal as Exhibit B is a true and correct copy of the underlying

25   Plaintiffs' Notice of Motion and Motion to Enforce the Stipulated Statement.

26       9.    The underlying Defendants have opposed the underlying Plaintiffs' Motion to Enforce

27   the Stipulated Settlement.  The underlying Defendants intend on finalizing the settlement and only

28   oppose the underlying Plaintiffs' Motion on the ground additional time is needed to finalize the

settlement.  Attached to this Notice of Removal as Exhibit C is a true and correct copy of the underlying Defendants' Opposition to the underlying Plaintiffs' Notice of Motion and Motion to Enforce the Stipulated Statement.

10.     In the instant lawsuit, Plaintiffs seek to recover from Defendant the sums they reportedly incurred (or will incur) in defense and settlement of the Underlying Action, and further seek to recover damages, attorneys' fees, and other sums for their claim against Defendant for alleged bad faith denial of insurance coverage for the Underlying Lawsuit.  Therefore, the amount sought by Plaintiffs in this action exceeds $75,000.00.

### INTRADISTRICT ASSIGNMENT

11.     This action is being removed from the Superior Court of California, County of Alameda, and Plaintiffs allege the allegations giving rise to their Complaint occurred in Alameda County.  Pursuant to Rule 3-2(e) of the Northern District of California Local Rules, cases which arise in the County of Alameda shall be assigned to the San Francisco Division or Oakland Division.


DATED:  March 23, 2016                    KAUFMAN DOLOWICH & VOLUCK, LLP


                                          _____
                                          Louis H. Castoria
                                          Marcus Dong
                                          Attorneys for Defendant SCOTTSDALE INSURANCE
                                          COMPANY

4819-6603-5247, v. 2

DEFENDANT SCOTTSDALE INSURANCE COMPANY'S NOTICE OF REMOVAL