KAUFMAN DOLOWICH & VOLUCK, LLP
LOUIS H. CASTORIA (SBN 95768)
MARCUS DONG (SBN 251723)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:  (415) 926-7600
Facsimile:   (415) 926-7601

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNRISE SPECIALTY COMPANY, INC. and ROBERT WEINSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY<br><br>Defendant. | Case No.: 3:16-cv-01461-HSG<br><br>Action Filed: January 25, 2016<br><br>**DEFENDANT SCOTTSDALE INSURANCE COMPANY'S REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 16-10**<br><br>**Case Management Conference**<br><br>Date:  June 28, 2016<br>Time:  2:00 p.m.<br>Location:  Courtroom 10, 19th Floor<br>Judge:  Honorable Haywood S. Gilliam, Jr. |

**TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 16-10(a), Defendant Scottsdale Insurance Company ("Defendant") respectfully requests this Court to permit the telephonic participation of Sabrina Haurin and Darius Kandawalla at the case management conference currently scheduled for June 28, 2016:

1. On June 20, 2016, Defendant filed a motion for leave to have Sabrina Haurin of Bailey Cavalieri LLC, Columbus, Ohio to appear in this matter *pro hac vice*. On June 20, 2016, this Court granted Defendant's motion.

2. On June 21, 2016, Defendant filed a motion for leave to have Darius N. Kandawalla of Bailey Cavalieri LLC, Columbus, Ohio appear in this matter *pro hac vice*. On June 21, 2016, this Court granted Defendant's motion.

3. Defendant's local counsel, Louis H. Castoria and Marcus Dong, will appear at the case management in person.

4. Pursuant to this Court's Civil Standing Order, Item #11, all counsel for Defendant have full authority to make decisions on behalf of Defendant on any issue which may arise at the case management conference.

DATED: June 21, 2016                            KAUFMAN DOLOWICH & VOLUCK, LLP


                                                */s/ Louis H. Castoria*
                                                Louis H. Castoria
                                                Marcus Dong
                                                Attorneys for Defendant SCOTTSDALE INSURANCE COMPANY

**[PROPOSED] ORDER**

Pursuant to Civil Local Rule 16-10(a), Defendant's request to have Sabrina Haurin and Darius N. Kandawalla participate telephonically in the case management conference on June 28, 2016 is hereby **GRANTED.** Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  June 21, 2016          *Haywood S. Gilliam Jr.*

Honorable Haywood S. Gilliam, Jr.

United States District Judge

4848-7935-2627, v. 1