United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNRISE SPECIALTY COMPANY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>Defendant. | Case No.  16-cv-01461-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 31 |

Judgment is hereby entered consistent with the Court's Order Denying Plaintiffs' Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 26th day of September, 2016.

Susan Y. Soong
Clerk of Court

No problkem
By: _____
     Nikki D. Riley
     Deputy Clerk to the Honorable
     HAYWOOD S. GILLIAM, JR.